# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROy BINGHAM,<br><br>Plaintiff,<br><br>v.<br><br>GIANT EAGLE, INC.<br><br>Defendant. | Civil Action No. 2:24-cv-0536<br>Judge Nora Barry Fischer<br><br>ECF No. 78 |

## JUDGMENT

AND NOW, this 31st day of October, 2025, the Court having granted the Motion for Summary Judgment filed by Defendant (Docket No. 78),

IT IS HEREBY ORDERED that summary judgment is entered in favor of Defendant, and

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: All counsel of record.